UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PATRICK HARRIS and TINA HARRIS, as next friends of P.H., a minor, | § § § | |
| Plaintiffs, | § § | |
| v. | § | CIVIL ACTION NO. H-07-635 |
| | § § | |
| FORT BEND INDEPENDENT SCHOOL DISTRICT, AND SHELTON CHAVIS AND SHIRLEY CHAVIS, individually and as Guardians of R.G., | § § § § § | |
| Defendants. | § § § | |

## MEMORANDUM AND ORDER

This Court has received Plaintiffs' Opposed Motion to Refer Case to Mediation. The Court has always followed a policy of encouraging mediation, but never ordering it. Compelling one or more unwilling parties to mediate is not, in the Court's view, either fair or likely to be productive.

The Court also avoids making recommendations as to which mediator should be used or which should be avoided. For the benefit of the parties, and not because the Court prefers him over other mediators, Magistrate Judge Calvin Botley is available as a mediator. If the parties wish to proceed before Judge Botley, they can contact his chambers directly.

Plaintiffs' Motion, Doc. No. 62, is therefore **DENIED**.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 14th day of May, 2008.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

1